# SEALED

1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA JEAN BERGER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        CASE NO. 1:20-cr-00154-NONE_SKO
12 |                    Plaintiff,    MOTION AND PROPOSED ORDER TO
                                      SEAL INDICTMENT
13 |       v.

14 | LEONARD MARELLA,

15 |                    Defendant.

16

17

18      The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of

19 Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury

20 on September 3, 2020, charging the above defendant with a violations of 21 U.S.C.

21 § 841(a)(1) & (b)(1)(A) – Possession with Intent to Distribute Methamphetamine;

22 and 21 U.S.C. § 853(a) – Criminal Forfeiture be kept secret until the defendant named in

23 this Indictment is either in custody or has been given bail on these offenses; and further

24 order that until such time as the defendant is in custody or has been given bail, that no

25 person shall disclose the finding of the Indictment or any warrant issued pursuant

26 thereto, except when necessary for the issuance and execution of the warrant.

27

28

Motion to Seal Indictment                    1

1  DATED: September 3, 2020                Respectfully submitted,

2                                          McGREGOR W. SCOTT
3                                          United States Attorney

4                              By     /s/ Laura Jean Berger
                                        LAURA JEAN BERGER
5                                       Assistant U.S. Attorney

6

7
        IT IS SO ORDERED.
8

9   Dated:  September 3, 2020           _____
                                        BARBARA A. MCAULIFFE
10                                      U.S. Magistrate Judge

Motion to Seal Indictment                       2