IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD MARELLA,<br><br>　　　　　　　Defendant. | CASE NO.  1:20-CR-00154-NONE-SKO<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT OF HABAES CORPUS AD PROSEQUENDUM |

　　　　On October 6, 2020, the Honorable J. Eric Bradshaw, a Superior Court Judge for the State of California, County of Kern, requested that the body of the above-named defendant be produced in Kern County Superior Court for jury trial proceedings in the case of *People v. Leonard Michael Marella*, BF178097D, so that the case may proceed.  The defendant's appearance before the state court judge is necessary on October 8, 2020 at 9:00 a.m., and each court day following October 8, 2020 until approximately November 3, 2020, for the commencement and completion of a jury trial scheduled to commence on October 8, 2020.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, and housed at the Kern County Jail, Lerdo Pre-Trial Facility.  His next appearance before the United States Magistrate Court is scheduled for November 30, 2020 at 1:00 p.m. for a status conference.  It appearing that the defendant needs to be present for a jury trial in the state action, and that the next federal court appearance in the above-entitled case will be on November 30, 2020:

　　　　IT IS HEREBY ORDERED that deputies of the Kern County Sheriff's Office or their designee may produce the defendant in Kern County Superior Court on October 8, 2020, for purposes of his presence at the jury trial, but shall return him to the custody of the United States Marshal Service in the physical custody of Kern County Jail, Lerdo Pre-Trial Facility, immediately after the proceeding has concluded on October 8, 2020.  The Court further orders that the deputies of the Kern County Sheriff's Office or their designee may produce the defendant in Kern County Superior Court on each court day following October 8, 2020 until

1

approximately November 3, 2020, or until the jury trial has concluded, but shall at the conclusion of each court day return him to the custody of the United States Marshal Service in the physical custody of the Kern County Jail, Lerdo Pre-Trial Facility, immediately after that court day's proceeding has concluded.  The Court further orders that the Kern County Sheriff's Office or their designated agents can produce the defendant for future state court proceedings with his return immediately thereafter after the U.S. Marshal Service and the Kern County Sheriff's Office confirm with an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance.  Under no circumstances is the defendant to be released from the physical custody of the Kern County Jail other than for the court appearances that are the subject of this Order or scheduled Federal Court Appearances, or upon further order from this Court.

IT IS SO ORDERED.

Dated:   **October 7, 2020**                          /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE