PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00154-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING MOTION FOR DISCOVERY AND BRIEFING SCHEDULE; ORDER |
| v. | |
| LEONARD MARELLA, | DATE: November 7, 2022 |
| Defendant. | TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**BACKGROUND**

This case is set for status conference on December 7, 2022, and time is currently excluded. *See* Doc. No. 59. On October 21, 2022, counsel for defendant filed a motion for discovery. *See* Doc. No. 61. The parties hereby request the following motion hearing date and briefing schedule.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, the parties seek to set the hearing on the motion for discovery on November 16, 2022.

2. Additionally, by this stipulation, the parties seek to set the briefing schedule as follows:

   a) The government's opposition to the defendant's motion for discovery shall be filed no later than November 8, 2022; and

    b) Defendant's reply to the government's opposition, if any, shall be filed no later than November 12, 2022.

IT IS SO STIPULATED.

Dated:  October 31, 2022      PHILLIP A. TALBERT
                 United States Attorney

                 /s/ LAURA JEAN BERGER
                 LAURA JEAN BERGER
                 Assistant United States Attorney

Dated:  October 31, 2022      /s/ KEVIN ROONEY
                 KEVIN ROONEY
                 Counsel for Defendant
                 LEONARD MARELLA

**ORDER**

Pursuant to the parties' stipulation, the briefing schedule for Defendant's motion for discovery filed on October 21, 2022, (Doc. no. 61) shall be set follows:

  1. The government's opposition to the defendant's motion for discovery shall be filed no later than November 8, 2022; and

  2.  The Defendant's reply to the government's opposition, if any, shall be filed no later than November 12, 2022.

The Court will set a hearing date on the motion following receipt of the parties' briefs.

IT IS SO ORDERED.

Dated:  **November 1, 2022**      */s/ Sheila K. Oberto*
                 UNITED STATES MAGISTRATE JUDGE