1  PHILLIP A. TALBERT
United States Attorney
2  ARIN C. HEINZ
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8

IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            | CASE NO.  1:20-CR-00154-JLT-SKO

12 |                        Plaintiff,   | STIPULATION REGARDING MOTION TO SUPPRESS AND BRIEFING SCHEDULE; ORDER

13 |              v.                      | DATE: November 7, 2022

14 | LEONARD MARELLA,                     | TIME: 2:00 p.m.
COURT: Hon. Jennifer L. Thurston
15 |                        Defendant.

16

17                              **BACKGROUND**

18        This case is set for status conference on December 7, 2022 and time is currently excluded. *See*

19  Doc. No. 59.  On October 21, 2022, counsel for defendant filed a motion to suppress and a related

20  motion for discovery.  *See* Doc. Nos. 60, 61, 62. Briefing on the discovery motion is scheduled to be

21  completed on November 12, 2022 and the Magistrate Judge will set a hearing date at that time. *See* Doc.

22  Nos. 64.

23        The parties hereby request the following motion hearing date and briefing schedule as to the

24  suppression motion.

25  ///

26  ///

27

28

STIPULATION REGARDING HEARING ON MOTION TO
SUPPRESS; BRIEFING SCHEDULE                          1

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By this stipulation, the parties seek to set the hearing on the motion to suppress on December 16, 2022.

2.     Additionally, by this stipulation, the parties seek to set the briefing schedule as follows:

a)     The government's opposition to the defendant's motion to suppress shall be filed no later than November 22, 2022; and

b)     Defendant's reply to the government's opposition, if any, shall be filed no later than December 8, 2022.

IT IS SO STIPULATED.

Dated:  November 7, 2022                     PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ ARIN C. HEINZ
                                             ARIN C. HEINZ
                                             Assistant United States Attorney


Dated:  November 7, 2022                     /s/ KEVIN ROONEY
                                             KEVIN ROONEY
                                             Counsel for Defendant
                                             LEONARD MARELLA


**ORDER**

IT IS SO ORDERED.

Dated:   **November 8, 2022**

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING HEARING ON MOTION TO
SUPPRESS; BRIEFING SCHEDULE

2