PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD MARELLA,<br><br>Defendant. | CASE NO. 1:20-CR-00154-JLT<br><br>ORDER TO DISMISS CASE |

Pursuant to the government's request under Federal Rule of Criminal Procedure 48, the Court hereby GRANTS the government's motion and gives the government leave to dismiss the indictment in this matter without prejudice as against defendant Leonard Marella.

IT IS SO ORDERED.

Dated:   **December 6, 2022**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE